RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 08/17/07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| BLANCHARD 1986 LTD., ET. AL. | CIVIL ACTION NO. 04-1864 |
| VERSUS | JUDGE MELANÇON |
| PARK PLANTATION, L.L.C., ET. AL. | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

The Court is in receipt of United States Magistrate Judge Mildred Methvin's Report and Recommendation [Rec. Doc. 174]. After an independent review of the record, including the objections filed by the plaintiffs [Rec. Docs. 175, 176, 177, and 178], and the responses to the objections filed by the defendant Betty Blanchard [Rec. Doc. 180] and third party defendant Paul Maclean [Rec. Doc. 182], the Court concludes that the Report and Recommendation of the magistrate judge is correct under the applicable law and therefore adopts the conclusions set forth therein. Therefore, for the reasons stated in Judge Methvin's Report and Recommendations, it is

**ORDERED** that defendants' motions to dismiss are **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE** in its entirety for lack of subject matter jurisdiction.

Lafayette, Louisiana, this 17th day of August, 2007.

Tucker L. Melançon
United States District Judge